IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01710–PAB–KMT

GILBERT AGUIRRE,

    Applicant,

v.

KEVIN MILYARD, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER

    This matter is before the court *sua sponte*.

    IT IS HEREBY **ORDERED** that on or before **April 30, 2010**, the Clerk of the Weld County District Court shall provide to this court the original written record, including transcripts, of Weld County District Court criminal case no. 2004CR475, *People v. Gilbert Aguirre*.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Weld County District Court by mail to Clerk of the Weld County District Court, P.O. Box 2038, Greeley, CO 80632.

    Dated this 12th day of April, 2010.

                                               **BY THE COURT:**

                                               Kathleen M. Tafoya
                                               United States Magistrate Judge